IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL Docket No. 1699<br><br>Judge Charles R. Breyer |
| BRUCE WILLIAMS<br><br>Plaintiff,<br><br>v.<br><br>PFIZER, INC., et al.<br><br>Defendants. | STIPULATION AND PROPOSED ORDER OF DISMISSAL WITHOUT PREJUDICE<br><br><br>CASE NO. 3:06-cv-03312-CRB |

IT IS HEREBY STIPULATED AND AGREED by and between counsels for the Plaintiff and counsel for the Defendants that the Complaint of Bruce Williams is hereby dismissed without prejudice.

1. Plaintiff is Bruce Williams; defendants are Pfizer, Inc., Pharmacia Corporation, Monsanto Company, and G.D. Searle LLC;

2. On August 25, 2005, Plaintiff sued Defendants;

3. Plaintiff moves to dismiss his claims against Defendants;

4. This case is not a class action;

5. Plaintiff has not dismissed an action based on or including the same claims as those present in this suit;

6. Should Plaintiff or a representative of Plaintiff attempt to re-file his claims against Defendants, they shall do so only by filing said claims in Federal Court.

Respectfully submitted,

**DAVIS, BETHUNE & JONES, L.L.C.**

Dated: 8/29/06

By: _____
    Grant L. Davis - #34799
    Shawn G. Foster - #47663
    Thomas C. Jones - #38499
    Scott S. Bethune - #35685
    Timothy L. Brake - #23802
1100 Main Street, Suite 2930
Kansas City, MO 64105
Telephone: (816) 421-1600
Facsimile: (816) 472-5972

ATTORNEYS FOR PLAINTIFF


**GORDON & REES**

Dated: 9/5/06

By: _____
    Stuart M. Gordon, Esq.
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

DEFENDANT'S LIAISON COUNSEL


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 6, 2006

_____
Honorable Charles R. Breyer
United States District Court

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" — Judge Charles R. Breyer]